**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| TYRONE GILBERT, | ) | CASE NO. 1: 91 CR 326 |
| | ) | |
| Petitioner, | ) | |
| | ) | JUDGE DONALD C. NUGENT |
| v. | ) | |
| | ) | |
| UNITED STATES OF AMERICA, | ) | JUDGMENT |
| | ) | |
| Respondent. | ) | |

Pursuant to a Memorandum Opinion and Order of this Court, Petitioner Tyrone Gilbert's Motion to Vacate, Set Aside, or Correct Sentence under 28 U.S.C. § 2255 is DENIED. (ECF # 54.) Furthermore, the Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an appeal from this decision could not be taken in good faith, and that there is no basis on which to issue a certificate of appealability. 28 U.S.C. § 2253; Fed.R.App.P. 22(b).

IT IS SO ORDERED.

                                        *s/ Donald C. Nugent*
                                        DONALD C. NUGENT
                                        United States District Judge

DATED: February 28, 2008